NO. 07-04-0592-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL D



FEBRUARY 11, 2005


______________________________



MICHAEL DEARDORFF, KATHY DEARDORFF AND BETTY J. DEARDORFF,



 Appellants


V.



LUBBOCK NATIONAL BANK,



 Appellee

_________________________________



FROM THE 99th DISTRICT COURT OF LUBBOCK COUNTY;



NO. 2004-527,809; HON. MACKEY K. HANCOCK, PRESIDING


_______________________________



MEMORANDUM OPINION


_______________________________



Before QUINN, REAVIS and CAMPBELL, JJ.

 Appellants Michael Deardorff, Kathy Deardorff and Betty J. Deardorff (the
Deardorffs) filed a notice of appeal on December 27, 2004. The clerk's and reporter's
records were due on January 6, 2005. To date, no clerk's or reporter's records have been
received. On January 31, 2005, the clerk filed a request for extension of time to file the
record, stating that "appellant has not paid or made arrangements to pay for the record." 
On January 31, 2005, the Deardorffs were directed by letter to provide this court with proof
that they either paid for the record or made satisfactory arrangements for payment of the
record on or before February 10, 2005. So too were they told that the failure to comply with
the court's directive would result in dismissal. The deadline lapsed, and we received
nothing from the Deardorffs illustrating that payment for the clerk's record has been made
to or arrangements for its payment have been made with the clerk. 

 Because the Deardorffs failed to comply with our January 31st directive, we dismiss
the appeal pursuant to Texas Rule of Appellate Procedure 42.3(b) and (c). 

 

 Per Curiam